**Sylla NFAMARA, Plaintiff—Appellant,**

v.

**Robert J. McCABE, City Sheriff; John F. Clark, United States Marshal; Deputy Baro, Defendants—Appellees.**

No. 05–6305.

United States Court of Appeals, Fourth Circuit.

Submitted: June 8, 2005.

Decided: July 5, 2005.

Sylla Nfamara, Appellant Pro Se.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sylla Nfamara appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nfamara v. McCabe*, No. CA–05–42 (E.D.Va. Jan. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*